**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LEAL and STACI LEAL,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 1:22-cv-00041-JLT-HBK<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiffs JOHN LEAL and STACI LEAL ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 30, 2022.

    Accordingly, JUDGMENT is hereby entered in favor of Plaintiffs pursuant to the terms of the Rule 68.

Date: March 31, 2023

                                               Keith Holland, Clerk
                                               By /s/ S. Robles, Deputy Clerk