## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEAL and STACI LEAL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 1:22-cv-00041-JLT-HBK<br><br>Judge: Hon. Jennifer Thurston<br><br>[~~PROPOSED~~] ORDER |

Plaintiffs JOHN LEAL and STACI LEAL ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA will pay $15,000.00 to resolve Plaintiffs' request for attorneys' fees, costs, and expenses.

Accordingly, the Court awards Plaintiffs $15,000.00 for reasonably incurred Attorney's Fees, Costs, and Expenses and retains jurisdiction for 60 days as outlined in the Parties' Joint Stipulation.

IT IS SO ORDERED.

　　Dated:   **April 5, 2023**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE