# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI LEAL and JOHN LEAL, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 1:22-CV-00041 JLT HBK <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

Plaintiff has requested dismissal of this case with prejudice, given that the parties have settled all remaining issues and satisfied the terms of the settlement(s).

Good cause appearing, the Court therefore **ORDERS**:

1. This matter is **DISMISSED WITH PREJUDICE**.[1]
2. The case shall remain **CLOSED**.

IT IS SO ORDERED.

Dated:   **September 13, 2024**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Because judgment has already been entered (Doc. 23) based on Plaintiffs' acceptance of a Rule 68 Offer of Judgment (Doc. 22), the Clerk of Court need not enter judgment again. This order merely clarifies that the disposition of the claims is with prejudice.